# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,* | Adv. Proc. No.: 19-50878 (BLS) |
| Plaintiff. | |
| v. | |
| ANTHONY ABBADESSA; CATHERINE ABBADESSA, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                                    ) ss.:
COUNTY OF FRANKLIN  )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway Way, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

2. On March 23, 2021, I caused to be served the "Notice of Voluntary Dismissal of Adversary Proceeding," dated March 22, 2021, [Docket No. 19] by causing a true and correct copy to be delivered to the following e-mail address: tabbadessa@gmail.com.

/s/ Angela Chachoff
Angela Chachoff

Sworn to before me this
25th day of March, 2021
*/s/ Andrea R. Speelman*
Notary Public, State of Ohio
Commission Expires March 21, 2024